IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1521-AP

KENDALL JACOBSON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Elliot L. Bloodsworth, Esq.
Dawes and Harriss
572 East Third Avenue
Durango, Colorado  81301
(970) 247-4411
(970) 247-1482-8237 (Facsimile)
Elliot.bloodsworth@dawesandharriss.com

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
*(*303) 844-0812
(303) 844-0770 (Facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  August 9, 2005

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  September 2, 2005

    **C.    Date Answer and Administrative Record Were Filed:**  November 1, 2005

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states that the record is complete and accurate.  Plaintiff states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant intends to submit no additional evidence.  Plaintiff does not intend to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Defendant and Plaintiff state that this case involves no unusually complicated or out-of-the-ordinary claims.

**7.    OTHER MATTERS**

Defendant brings no other matters to the Court's attention.  Plaintiff has no other matters to bring to the court's attention.

**8.      PROPOSED BRIEFING SCHEDULE**

      A.     **Plaintiff's Opening Brief Due:**  December 29, 2005

      B.     **Defendant's Response Brief Due:**  January 30, 2006

      C.     **Plaintiff's Reply Brief (If Any) Due:**  February 14, 2006

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      A.     **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.     **Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.     **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 21st day of November, 2005.

                                          BY THE COURT:

                                          S/John L. Kane
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| | WILLAM J. LEONE<br>United States Attorney |
| s/ Elliot L. Bloodsworth<br>Elliot L. Bloodsworth, Esq.<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, Colorado  81301<br>Telephone: (970) 247-4411<br>Facsimile: (970) 247-1482<br>elliot.bloodsworth@dawesandharriss.com<br><br>Attorney for Plaintiff | s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |